**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**OSCAR MEJIA MARTINEZ**                         **CASE NO.  1:26-CV-01390 SEC P**

**VERSUS**                                                       **JUDGE ROBERT R. SUMMERHAYS**

**MARKWAYNE MULLIN, ET AL.**            **MAGISTRATE JUDGE PEREZ-MONTES**

## ORDER

Upon consideration of Petitioner's Unopposed Motion for Voluntary Dismissal [ECF No. 15],

IT IS HEREBY ORDERED that the motion is GRANTED, and the habeas petition is DISMISSED without prejudice.

THUS DONE in Chambers on this 8th day of July, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE